DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NASEDRA K. LUMPKIN,**
Appellant,

v.

**RICKY D. DIXON, SECRETARY OF CORRECTIONS,**
Appellee.

No. 4D23-333

[April 6, 2023]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502009CF005842.

Nasedra K. Lumpkin, Jasper, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***